

ACCEPTED
15-24-00042-CV
FIFTEENTH COURT OF APPEALS
AUSTIN, TEXAS
3/14/2025 9:26 AM
CHRISTOPHER A. PRINE
CLERK

FILED IN
15th COURT OF APPEALS
AUSTIN, TEXAS
3/14/2025 9:26:56 AM
CHRISTOPHER A. PRINE
Clerk

Mr. Brocato's Direct Line: (512) 322-5857
Email: tbrocato@lglawfirm.com

March 14, 2025

**Via E-Filing**

Mr. Christopher A. Prine, Clerk
Fifteenth Court of Appeals
P.O. Box 12852
Austin, Texas 78711

   RE: *Oncor Electric Delivery Company LLC v. Public Utility Commission of Texas*;
      Court of Appeals No. 15-24-00042-CV; Trial Court Case No. D-1-GN-23-006507

Dear Mr. Pine:

  In response to your letter dated Wednesday, March 5, 2024, counsel for the Steering Committee of Cities Served by Oncor (OCSC) hereby notifies the Court that counsel for OCSC will not be presenting argument in the above-referenced appeal set for submission and oral argument on April 15, 2025.

        Sincerely,

        Thomas L. Brocato

TLB/amb

## CERTIFICATE OF SERVICE

  I hereby certify that on this, the 14th day of March, 2025, a true and correct copy of the foregoing document has been served on all counsel of record, in accordance with the Texas Rules of Civil Procedure, via electronic transmission.

        ————————————————————
        THOMAS L. BROCATO

1669/56/8988842

**Automated Certificate of eService**

This automated certificate of service was created by the efiling system. The filer served this document via email generated by the efiling system on the date and to the persons listed below. The rules governing certificates of service have not changed. Filers must still provide a certificate of service that complies with all applicable rules.

Amanda Benavides on behalf of Thomas Brocato
Bar No. 03039030
abenavides@lglawfirm.com
Envelope ID: 98458227
Filing Code Description: Letter
Filing Description: OCSC's Confirmation of No Oral Argument
Status as of 3/14/2025 9:41 AM CST

Case Contacts

| Name | BarNumber | Email | TimestampSubmitted | Status |
|------|-----------|-------|--------------------|--------|
| Rance Craft | | rance.craft@oag.texas.gov | 3/14/2025 9:26:56 AM | SENT |
| Nicole Skolnekovich | 24110371 | Nskolnekovich@hunton.com | 3/14/2025 9:26:56 AM | SENT |
| Elizabeth Page | | elizabethpage@huntonak.com | 3/14/2025 9:26:56 AM | SENT |
| Nancy Villarreal | | nancy.villarreal@oag.texas.gov | 3/14/2025 9:26:56 AM | SENT |
| Toni Shah | | toni.shah@oag.texas.gov | 3/14/2025 9:26:56 AM | SENT |
| Thomas L.Brocato | | tbrocato@lglawfirm.com | 3/14/2025 9:26:56 AM | SENT |
| Jacob J.Lawler | | jacob.lawler@hklaw.com | 3/14/2025 9:26:56 AM | SENT |
| Meghan Griffiths | | mgriffiths@jw.com | 3/14/2025 9:26:56 AM | SENT |
| Grant Clifton | | grantclifton@gmail.com | 3/14/2025 9:26:56 AM | SENT |
| Carrier Collier-Brown | | carrie.collierbrown@lockelord.com | 3/14/2025 9:26:56 AM | ERROR |
| Laura W.Baker | | lwb@smxblaw.com | 3/14/2025 9:26:56 AM | SENT |
| Bryan Clark | | bryan.clark@pxd.com | 3/14/2025 9:26:56 AM | SENT |
| Catherine J.Webking | | cwebking@spencerfane.com | 3/14/2025 9:26:56 AM | SENT |
| Michael A.McMillin | | mmcmillin@omm.com | 3/14/2025 9:26:56 AM | SENT |
| Alfred R.Herrera | | aherrera@herreralawpllc.com | 3/14/2025 9:26:56 AM | SENT |
| Tab Urbantke | | turbantke@huntonak.com | 3/14/2025 9:26:56 AM | SENT |
| Lauren Freeland | | lfreeland@huntonak.com | 3/14/2025 9:26:56 AM | SENT |
| Brendan Fugere | | Brendan.Fugere@oag.texas.gov | 3/14/2025 9:26:56 AM | SENT |
| Sergio E.Herrera | | sherrera@herreralawpllc.com | 3/14/2025 9:26:56 AM | SENT |
| Jarrett Hale | | jhale@huntonak.com | 3/14/2025 9:26:56 AM | SENT |